UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

IN RE:  CHAD F ROSS            )
                               )          NO. 14-22711-jpk
        DEBTOR                 )

## RESPONSE TO TRUSTEE'S
## MOTION TO MODIFY PLAN, POST-CONFIRMATION

Comes now Ocwen Loan Servicing, LLC, as servicer for The Bank of New York Mellon Trust Company, National Association fka The Bank of New York Trust Company, N.A. as successor to JPMorgan Chase Bank, as Trustee for Residential Asset Mortgage Products,, hereinafter "Creditor", by its counsel, and for its Response says:

1. That the Trustee filed a Motion to Modify Plan, Post-Confirmation on or about January 14, 2015.
2. That Creditor does not dispute that a Proof of Claim is needed in this matter and that the bar date for Proofs of Claim was set for December 4, 2014.
3. That Creditor holds a first mortgage on real estate owned by Debtor and is working diligently to prepare and file its Proof of Claim, however additional documentation is required from the prior servicer.
4. That Creditor would request an extension of time to file its Proof of Claim with the understanding that Creditor will take adequate measures to file its claim as soon as it is possible.

WHEREFORE, Creditor respectfully requests that Trustee's Motion to Modify Plan, Post-Confirmation be denied and Creditor be granted an extension of time to file its Proof of Claim and/or such further and other relief as the Court sees fit.

Respectfully Submitted,
BLEECKER BRODEY & ANDREWS
By: /s/ Stephen K. Andrews
STEPHEN K. ANDREWS, Atty. #2415-49
Attorney for Ocwen Loan Servicing, LLC, as servicer for The Bank of New York Mellon Trust Company, National Association fka The Bank of New York Trust Company, N.A. as successor to JPMorgan Chase Bank, as Trustee for Residential Asset Mortgage Products,
9247 N. Meridian St., Suite 101
Indianapolis, IN 46260
(317) 574-0700 phone
(317) 574-0770 fax
bankruptcy@bbanda.com

This is to certify that a true and accurate copy of this pleading was served on all parties of interest by electronic media or placing a copy in the U.S. Mail on February 2, 2015 at the addresses listed below: United States Trustee, 101 W. Ohio St., Suite 1000, Indianapolis, IN 46204; Debtor's Attorney, Kevin M. Schmidt, 370 West 80th Place, Merrillville, In 46410; Chapter 13 Trustee, Paul R. Chael, 401 West 84th Drive, Suite C, Merrillville, IN 46410; Debtor, Chad F Ross, 17557 White Oak Ave, Lowell, In 46356.

By: /s / Stephen K. Andrews
Date: February 3, 2015