UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| Chad Ross | ) | CASE NO. 14-22711 |
| | ) | |

**RESPONSE TO MOTION TO MODIFY PLAN**
**POST-CONFIRMATION AND REQUEST FOR COURT TO SET HEARING**

Comes now Kevin M. Schmidt, Attorney at Law, on behalf of Debtor, Chad Ross, and advises the Court as follows:

1. That on January 14, 2015 the Trustee filed a Motion to Modify Plan Post-Confirmation
2. That debtor's counsel has recently filed a Proof of Claim for Ocwen.
3. That the debtor requests this matter be set for hearing.

Wherefore, debtor respectfully requests the Court denies Trustee's said Motion to Modify Plan Post-Confirmation.

Date: February 5, 2015                                      Respectfully submitted,

                                                            /s/ Kevin M. Schmidt
                                                            Kevin M. Schmidt, 11668-45
                                                            370 W. 80th Place
                                                            Merrillville, IN 46410
                                                            (219) 756-0555

CERTIFICATE OF SERVICE

I certify that on the 5th day of February 2015, service of a true and complete copy of the **RESPONSE** was made upon each party or attorney of record herein by depositing same in the United States Mail in envelopes properly addressed to each of them and with sufficient first class postage affixed.

                                                            /s/ Mary Guernsey
                                                            Mary Guernsey

Distribution:

U.S. Bankruptcy Court
U.S. Trustee
100 E. Wayne St. South Bend, IN 46601
Trustee, Paul R. Chael